HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
ROBIN CHANG, Bar No. 355496
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
BENDRELLE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-CR-00094-DAD |
| Plaintiff, | |
| vs. | **ORDER RELEASING DEFENDANT** |
| BENDRELLE WILLIAMS, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Bendrelle Williams be released on all standard and special conditions ordered in open court at the bail review hearing on June 17, 2026, and the hearing on the government's *Motion to Revoke Release Order*, Dkt. 21, on June 22, 2026. *See Special Conditions of Release*, Dkt. 19.

Further, Mr. Williams' release is **STAYED** until Tuesday, June 23, 2026 at 8:00 a.m., at which point he is to report directly to the Office of Pretrial Services in Sacramento, California.

IT IS SO ORDERED.

Dated: __**June 22, 2026**__                    _____
                                                                    DALE A. DROZD
                                                                    UNITED STATES DISTRICT JUDGE