HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ROBIN H. CHANG, Bar #355496
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Robin_Chang@fd.org

Counsel for Defendant
BENDRELLE WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BENDRELLE WILLIAMS,<br>Defendant. | No. Cr. 2:26-cr-00094-DAD<br>**AMENDED STIPULATION AND ORDER TO CONTINUE A STATUS CONFERENCE**<br>Judge: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through George Biko, Special Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Robin H. Chang, attorneys for Defendant Bendrelle Williams, that the status conference scheduled for August 17, 2026, be continued until October 5, 2026, at 9:30 a.m.

Respectfully submitted,

Dated: August 13, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Robin H. Chang*
ROBIN H. CHANG
Assistant Federal Defender
Attorney for Defendant
BENDRELLE WILLIAMS

Dated: August 13, 2026

ERIC GRANT
United States Attorney

*/s/ George Biko*
GEORGE BIKO
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation by the parties, and good cause appearing therefore, it is hereby ORDERED that the status conference currently scheduled for August 17, 2026, is continued to October 5, 2026.

IT IS SO ORDERED.

Dated: **August 13, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE