HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ROBIN H. CHANG, Bar #355496
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Robin_Chang@fd.org

Counsel for Defendant
BENDRELLE WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BENDRELLE WILLIAMS,<br>Defendant. | No. Cr. 2:26-cr-00094-DAD<br>**STIPULATION AND ORDER TO CONTINUE A STATUS CONFERENCE**<br>Judge: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through George Biko, Special Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Robin H. Chang, attorneys for Defendant Bendrelle Williams, that the status conference scheduled for October 5, 2026, be continued until January 4, 2027, at 9:30 a.m.

This request is made to permit defense to complete its investigations and discussions with Mr. Williams. Additionally, the defense anticipates receipt of a plea offer from the government prior to the January 4, 2027 status conference, which will allow the parties to more accurately estimate the timeline for next steps in the case.

Respectfully submitted,

Dated: October 1, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Robin H. Chang*
ROBIN H. CHANG
Assistant Federal Defender
Attorney for Defendant
BENDRELLE WILLIAMS

Dated: October 3, 2026

ERIC GRANT
United States Attorney

*/s/ George Biko*
GEORGE BIKO
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation by the parties, and good cause appearing therefore, it is hereby ORDERED that the status conference currently scheduled for October 5, 2026, is continued to January 4, 2027. However, the parties did not address excludable time under the Speedy Trial Act in their stipulation. They are directed to so by way of additional stipulation to be submitted to the court not later than October 8, 2026. If no stipulation addressing excludable time is forthcoming the court will calendar this matter for status conference on October 10, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 3, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE