HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
ROBIN H. CHANG, Bar No. 355496
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
BENDRELLE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BENDRELLE WILLIAMS,<br>Defendant. | Case No. 2:26-CR-00094-DAD<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: January 4, 2027<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant, BENDRELLE WILLIAMS, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for a status conference on January 4, 2027, unless a stipulation addressing excludable time was not filed by October 8, 2026.
2. By this stipulation, defendant now moves for continuance of the status conference until January 4, 2027, *and* to exclude time between October 5, 2026 and January 4, 2027, under Local Code T4.
3. The parties agree and stipulate, and request that the Court find the following:
   a) The government has represented that the discovery associated with this case includes various law enforcement and investigative reports, phone records, photos, and videos,

which has been provided to defense counsel.

b) Counsel for the defendant is in the process of reviewing all discovery and performing her own research regarding factual issues and potential guideline enhancements. Counsel for the defendant requests additional time to do so and to meet with her client to discuss all aspects of the case.

c) Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government has represented that a plea offer is forthcoming.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 5, 2026, to January 4, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 5, 2026

*/s/ Robin H. Chang*
ROBIN H. CHANG
Assistant Federal Defender
Attorney for Defendant
BENDRELLE WILLIAMS

Dated: October 5, 2026

*/s/ George Biko*
George Biko
Special Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case is set for January 4, 2027, at 9:30 a.m. *and* time is excluded between October 5, 2026 and January 4, 2027, under Local Code T4.

IT IS SO ORDERED.

Dated: **October 5, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE