HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
ROBIN H. CHANG, Bar No. 355496
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
BENDRELLE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BENDRELLE WILLIAMS,<br>Defendant. | Case No. 2:26-CR-00094-DAD<br><br>**AMENDED STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; FINDINGS AND ORDER** |

**STIPULATION**

Defendant, BENDRELLE WILLIAMS, by and through his counsel of record, and Plaintiff, United States of America, by and through Special Assistant United States Attorney George Biko, hereby stipulate as follows:

1. To a modification of the conditions of Mr. Williams's pretrial release initially imposed on June 22, 2026 and then subsequently modified on September 2, 2026. See ECF Nos. 19, 26, and 34.

2. By this stipulation, defendant now requests the Court to add a new condition of pretrial release to permit Mr. Williams to be present at the hospital for the birth of his child. The new condition, to be designated as Condition 15(a), would state:

    a. 15(a) PRETRIAL SERVICES OFFICER DISCRETION: Defendant is expecting

the birth of his child, which is anticipated on or about November 10, 2026. Defendant wishes to be present at the hospital for the birth of his child and during the associated hospital stay. The Pretrial Services Officer is authorized to exercise discretion to modify the defendant's home detention and location monitoring requirements for the sole purpose of permitting the defendant's travel to and presence at a hospital for the birth of his child and during the associated hospital stay.

3. Undersigned counsel communicated the above to Mr. Williams's Pretrial Services Officer, Frank Guerrero, who does not object to this modification. Likewise, counsel for the plaintiff, SAUSA George Biko, does not object to this modification.
4. All other terms and conditions of Mr. Williams's pretrial release, previously imposed, shall remain in full force and effect.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 21, 2026

*/s/ Robin H. Chang*
ROBIN H. CHANG
Assistant Federal Defender
Attorney for Defendant
BENDRELLE WILLIAMS

Dated: October 21, 2026

*/s/ George Biko*
George Biko
Special Assistant United States Attorney

I agree with this modification.

Dated: October 19, 2026

/s/ Tommy Williams
*(original signature on file)*
Tommy Williams, Third Party Custodian

I agree with this modification.

Dated: October 19, 2026

/s/ Benisshia Williams
*(original signature on file)*
Benisshia Williams, Surety

**ORDER**

Having considered the parties' Stipulation to Modify Conditions of Pretrial Release, and good cause appearing therefor,

IT IS HEREBY ORDERED that the following new condition, designated as Condition 15(a) is added to Mr. Williams's conditions of pretrial release.:

15(a) PRETRIAL SERVICES OFFICER DISCRETION: Defendant is expecting the birth of his child, which is anticipated on or about November 10, 2026. Defendant wishes to be present at the hospital for the birth of his child and during the associated hospital stay. The Pretrial Services Officer is authorized to exercise discretion to modify the defendant's home detention and location monitoring requirements for the sole purpose of permitting the defendant's travel to, and presence at, a hospital for the birth of his child and during the associated hospital stay.

All other terms and conditions of Mr. Williams's pretrial release, previously imposed on June 22, 2026 and September 2, 2026, shall remain in full force and effect.

**IT IS SO FOUND AND ORDERED**

Dated: October 21, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE